## S. F. Sayrs, Defendant in Error, v. John Yangas and E. F. Thompson, Plaintiffs in Error.

### Gen. No. 19,554.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinon filed May 19, 1914.

### Statement of the Case.

Action by S. F. Sayrs against John Yangas and E. F. Thompson as principal and surety respectively on a stay bond given in a case wherein a judgment for rent and possession of the premises was affirmed. From a judgment in favor of plaintiff, defendants bring error.

CHARLES T. FARSON and FRANCIS H. CLARK, for plaintiffs in error.

M. B. WALTZ and HENRY T. CHACE, JR., for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. DAMAGES, § 230*—*right to a jury to assess damages on default.* Where a default is taken against defendants for want of a sufficient affidavit of merits, they are not entitled to a jury to assess the damages where no specific demand for a jury was made after the default, notwithstanding they demanded a jury on entering their appearance.

2. APPEAL AND ERROR, § 1877*—*defenses to action on stay bond.* In an action on a stay bond given in a case where a judgment for rent and possession of premises was affirmed, an affidavit of merits presenting a set-off for the value of the improvements made on the premises, *held* not a proper defense to the action.

3. MUNICIPAL COURT OF CHICAGO, § 19*—*when entry of judgment against one joint defendant no bar to entry of joint judgment.* In

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

an action on a stay bond in the Municipal Court, the fact that a judgment was entered against one of two defendants *held* not to release the other from further liability, where the judgment was vacated within thirty days from the entry of the judgment and a joint judgment was entered against them.

Nora Varley, Administratrix, Appellee, v. The Chicago & Alton Railroad Company, Appellant.

Gen. No. 19,374.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913.   Reversed.   Opinion filed May 19, 1914. Rehearing denied June 2, 1914.

## Statement of the Case.

Action by Nora Varley, administratrix of the estate of Julia Varley, deceased, against The Chicago & Alton Railroad Company to recover for the wrongful death of the deceased.   The facts show that deceased and a girl friend attempted to cross defendant's railroad tracks at a street crossing while the gates were down and were compelled to stop by an approaching train on the southbound tracks; that they had passed over the northbound track and were standing between the two tracks, when a train was approaching on the northbound track, and that one Beean, who was with the girls and had remained outside the gates, realized their danger, rushed to them and attempted to protect them either by getting them in the space between the tracks or by pulling them over the northbound track, and while doing so he and the plaintiff's intestate were both struck by the train on the northbound track and killed.   From a judgment in favor of plaintiff, defendant appeals.